UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LINDA BRYANT**                                                                                          **PLAINTIFF**

v.                                       **CASE NO. 3:02-CV-0280 GTE**

**HARTFORD LIFE AND**
**ACCIDENT INSURANCE COMPANY**                                         **DEFENDANT**

## JUDGMENT

Upon the basis of the Order granting Defendant's Motion for Judgment on the Record, and denying Plaintiff's Motion for Judgment on the Record, Plaintiff's complaint must be dismissed with prejudice against Defendant.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendant Hartford Life and Accident Insurance Company and against Plaintiff Linda Bryant.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 23rd day of February, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE