# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LINDA BRYANT**                                                                          **PLAINTIFF**

**v.**                       **CASE NO. 3:02-CV-0280 GTE**

**HARTFORD LIFE AND**
**ACCIDENT INSURANCE COMPANY**                               **DEFENDANT**

## ORDER

Presently before the Court is Defendant's Notice of Voluntary Dismissal of its Counterclaim[1] pursuant to Federal Rule of Civil Procedure 41(c). The Court notes that the Notice of Voluntary Dismissal contains only the signature of counsel for the Defendant. However, Plaintiff's counsel has informed the Court that Plaintiff stipulates to the dismissal of the Counterclaim. Therefore, the Court grants Plaintiff's Motion to Voluntarily Dismiss the Counterclaim.

Accordingly,

IT IS THEREFORE ORDERED that the Motion to Voluntarily Dismiss (Dkt. #39) be, and it is hereby, GRANTED.

IT IS FURTHER ORDERED that the Counterclaim be, and it is hereby, dismissed without prejudice.

Dated this 20th day of March, 2007.

                                                               /s/Garnett Thomas Eisele
                                                               UNITED STATES DISTRICT JUDGE

---

[1] The Court did not address the Counterclaim in this matter in its previous Order, as the parties did not brief this issue. The Court requested that the Defendant clarify the status of this issue and whether it intended to pursue its Counterclaim. Defendant filed its Notice of Voluntary Dismissal in response to the Court's request.